DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LM GENERAL INSURANCE COMPANY,** a Foreign Corporation,
Appellant,

v.

**LOUIS OLDONI,**
Appellee.

No. 4D20-73

[May 6, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. 15-6335 CACE (05).

Frances G. De La Guardia and Suzanne Aldahan of Holland & Knight LLP, Miami, for appellant.

Rebecca Mercier Vargas, Jane Kreusler-Walsh and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach; and David L. Rich and Tamara L. Klopenstein of the Law Office of David L. Rich, P.A., Margate, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and MAY, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***